FILED

JUL 0 1 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) No. | 1:25CR00099SNLJ-ACL |
| ) | |
| ERIKA L. MORTON, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Matthew T. Drake, Acting United States Attorney for the Eastern District of Missouri, and John N. Koester, Jr., Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate Judge pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with an offense involving a minor victim, specifically Receipt of Child Pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

2. Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

3. There is a serious risk that the defendant will flee.

4. The defendant is a threat to the community.

**Offense Conduct**

In February 2025, law enforcement officials with the Missouri State Highway Patrol received information about a NCMEC Cybertip concerning Kik Messenger, a social media messaging service. Kik specifically reported that a user had uploaded several video files containing child pornography, including videos depicting 8-10 year-old females engaging in sexually explicit conduct. Kik provided information associated with the user's account, which eventually traced to Erika L. Morton. Officer discovered that Morton is presently employed as a Kindergarten teacher in the Ste. Genevieve County area.

On June 17, 2025, investigators made contact with Morton and she agreed to be interviewed. During the interview, Morton admitted that she was the Kik user responsible for sending the child pornography video that were the subject of the CyberTip. Morton admitted that she used her cell phone inside her residence in Ste. Genevieve when she received and sent the material.

A number of Morton's electronic devices were seized. A forensic examination is pending.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

MATTHEW T. DRAKE
ACTING UNITED STATES ATTORNEY

_____
JOHN N. KOESTER JR. #52177MO
ASSISTANT UNITED STATES ATTORNEY
555 Independence, 3rd Floor
Cape Girardeau, MO 63703
(573) 334-3736
john.koester@usdoj.gov