IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:25CR00099 SNLJ ) |
| ERIKA L. MORTON, | ) ) ) |
| Defendant. | ) |

**GOVERNMENT'S REQUEST FOR PRETRIAL DISCLOSURE**
**OF EVIDENCE OR INFORMATION**

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and John N. Koester, Jr., Assistant United States Attorney for said District, and pursuant to this Court's Order Concerning Pretrial Motions filed July 9, 2025, the Government makes the following request:

**A. GOVERNMENT'S REQUEST FOR PRODUCTION OF**
**STATEMENTS OF WITNESSES**

Pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure, the Government requests that the defendant produce, for the examination and use of the Government, any statement of a witness called on behalf of the defense, that is in the possession of the defense and that relates to the subject matter concerning which the witness testified. In support thereof, the Government states and alleges as follows:

Rule 26.2 of the Federal Rules of Criminal Procedure provides that after a witness other than defendant has testified on direct examination, the Court on motion of a party who did not call the witness, shall order the attorney for the Government or the defendant and the defendant's attorney, as the case may be, to produce, for the examination and use of the moving party, any

statement of the witness that is in their possession and that relates to the subject matter concerning which the witness has testified.

WHEREFORE, the Government requests that the defendant produce at the appropriate time and place any statements of witnesses in their possession that relates to the subject matter concerning which the witness has testified.

## B. GOVERNMENT'S REQUEST FOR DISCLOSURE PURSUANT TO RULE 16 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the Government requests that the defendant produce the following:

A.      <u>Documents and Tangible Objects</u>

Rule 16(b)(1)(A) provides that upon compliance with defendant's request for the production of documents and tangible objects under subdivision (a)(1)(C) or (D) of Rule 16 of the Federal Rules of Criminal Procedure, the defendant, upon request of the Government, shall permit the Government to inspect and copy or photograph books, papers, documents, photographs, tangible objects, or copies of portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at the trial.

B.      <u>Reports of Examinations and Tests</u>

Rule 16(b)(1)(B) provides that if the defendant requests disclosure under subdivisions (a)(1)(C) or (D) of this rule, upon compliance with such request by the Government, the defendant, on request of the Government, shall permit the Government to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or

experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness's testimony.

    WHEREFORE, the Government requests that the defendant produce any and all documents and tangible objects and reports of examinations and tests as set forth under Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    <u>Expert Witnesses</u>

    Rule 16(b)(1)(C) provides that if the defendant requests disclosure under subdivision (a)(1)(E) of this rule and the Government complies, the defendant, at the Government's request must disclose to the Government a written summary of testimony the defendant intends to use under Rule 702, 703, and 705 of the Federal Rules of Evidence as evidence at trial.  This summary must describe the opinions of the witnesses, the bases and reasons therefor, and the witnesses' qualifications.

    WHEREFORE, the Government requests that the defendant disclose a written summary of testimony the defendant intends to use under Rule 702, 703, and 705 of the Federal Rules of Evidence as evidence at trial in accordance with the requirements of Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    THOMAS C. ALBUS
    UNITED STATES ATTORNEY


    <u>/s/ *John N. Koester, Jr.*</u>

JOHN N. KOESTER, JR., #52177MO  
ASSISTANT UNITED STATES ATTORNEY  
555 Independence, Room 3000  
Cape Girardeau, MO 63703  
(573) 334-3736  
john.koester@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mick Henderson  
Attorney for Defendant

/s/ <i>John N. Koester, Jr.</i>  
JOHN N. KOESTER, JR., #52177MO  
ASSISTANT UNITED STATES ATTORNEY